Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
11, 2004









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 11, 2004.

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01359-CV

____________

 

IN RE NEXION HEALTH AT HUMBLE
INC. D/B/A HUMBLE HEALTHCARE CENTER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 10, 2003, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

We deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed March 11, 2004.

Panel consists of
Justices Edelman, Frost, and Guzman.